

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00162-CV

IN RE ALISHIA MORRIS, RELATOR

ORIGINAL PROCEEDING

June 28, 2019

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Relator, Alishia Morris, an inmate proceeding pro se, filed a petition for writ of mandamus in this Court on April 10, 2019. However, her petition seeks relief that cannot be provided by mandamus. Consequently, we construe Morris's petition to be a petition for writ of habeas corpus. We dismiss this original proceeding for want of jurisdiction.

Morris filed a petition seeking similar relief and raising substantially similar arguments on December 5, 2017. This Court dismissed that original proceeding for want of jurisdiction on January 16, 2018. *Ex parte A.M.*, No. 07-17-00451-CV, 2018 Tex. App. LEXIS 475, at *3 (Tex. App.—Amarillo Jan. 16, 2018, orig. proceeding) (per curiam). Due

to the substantial similarities in Morris's current petition and her previous petition, we again dismiss her petition for want of jurisdiction. *Id.*

Per Curiam